Circuit granted. MR. JUSTICE BRANDEIS took no part in the consideration and decision of this application. *Mr. George W. Martin* for petitioner. *Messrs. James Garfield* and *Hermon J. Wells* for respondents.

No. 304. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CHESTER N. WEAVER CO. · October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. Adolphus E. Graupner* and *Arthur E. Cooley* for respondent.

· No. 318. OBICI ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Ewing Everett* and *O. H. Chmillon* for petitioners. *Solicitor General Jackson* for respondent.

Nos. 182 and 183. FORD MOTOR CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 10, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Frederick H. Wood, Louis J. Columbo,* and *Alfred McCormick* for petitioner. *Solicitor General Jackson,* and *Messrs. A. H. Feller, Charles Fahy,* and *Robert B. Watts* for respondent.

No. 188. TITUS *v.* WALLICK. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Ohio granted. Motion to print an abbreviated record, consisting of the parts of the record filed in this cause which